# United States District Court
## Southern District of Georgia

WILLIAM GEORGE MITCHELL,

Petitioner,

v.

WALTER BERRY,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:17-cv-164

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that it accordance with this Court's Order dated March 8, 2019, adopting the Magistrate Judge's Report and Recommendation as the opinion of this Court, Mitchell's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus is dismissed. In forma pauperis status on appeal and a Certificate of Appealability is Denied. This Case stands closed.

Approved by: _____

March 13, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk